UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Brian Whitaker**,

    Plaintiff,

  v.

**Marina Arabajyan**; and Does 1-10,

    Defendants.

Case 2:19-CV-02986-JAK-JC

**JUDGMENT**

**JS-6**

Plaintiff's Motion for Default Judgment was granted in part. Therefore, it is hereby ordered, adjudged, and decreed as follows:

1. Judgment is entered in favor of Plaintiff Brian Whitaker and against Defendant Marina Arabajyan.
2. Plaintiff shall recover $3470 in attorney's fees and costs.
3. Defendant Marina Arabajyan shall provide an accessible sales counter at the property located at 14445 #1/4 Ventura Blvd., Sherman Oaks, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

IT IS SO ORDERED.

Dated: January 30, 2020 _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE